To the Honorable James P. Donohue or Paula I. McCandlis

My name is Yidanekachew Amare and I have known Gizachew throughout my whole life. Our parents emigrated from Ethiopia into this country around the same time. As long as I can remember I have known Gizachew. I do know that he has been charged with a drug and firearm offense. This is far from the person's character that I have known and still know to this day. Gizachew is a very caring and honest individual. Growing up he was very generous and always shared. This has followed Gizachew into his adult years. He has always been one to help when he can and really lives by the term "what's mine is yours". I understand the seriousness of his charges and really was shocked upon hearing them as this is far from the person I know. I'm not sure what kind of financial or personal problems he could have been going through to cause him to behave in this manner. The Giz I know is an honest, caring, and stable individual. From my life long experiences with Gizachew, I have seen that he cares about his family, friends, and people in general. It's hard for me to believe and accept these charges. I will support him through this process and know he will do better not just for himself but for his family.

                                                        Yidanekachew Amare, Lifelong friend

Andre Mendez

Seattle, WA 98109

December 10th, 2018

To: The Honorable James P. Donohue or Paula L. McCandlis

My name is Andre Mendez, and I am writing this letter to support my friend, Gizachew Wondie, in his hearing. Although I am aware that Gizachew has been charged with a drug trafficking and firearm offense, and I understand that this is a serious offense, I wanted to bring to light his positive qualities in hopes that the court will show him some leniency.

I met Gizachew through a mutual friend when I was asked if I was interested in tutoring him on his algebra and coding homework. Since then, we have grown to be good friends and I often joined Gizachew to play video games and watch sports.

Gizachew always struck me as a friendly and smart guy with a lot of potential to succeed in life the right way. This is evident by his commitment to going to college and focusing on his assignments and grades, which I had the pleasure of helping him with. It is unfortunate that Gizachew has made a poor life choice, but if given a fair chance I am confident he will bounce back and continue on a positive trajectory to turn his life around.

When people are given a proper foundation and support network to grow and learn from mistakes, I believe that is when our justice system has succeeded. I believe that Gizachew will learn from his mistakes, and I am glad to help support him through this process and encourage him to start a new chapter in his life through education and positive contribution to society.

Sincerely,

Andre Mendez

Maria Trizna

Seattle, WA 98109

December 10th, 2018

To: To: The Honorable James P. Donohue or Paula L. McCandlis

I am writing this letter of support for my friend Gizachew Wondie, who I am aware has committed a drug trafficking and firearm offense. I understand that this is a serious offense; however, I hope that my letter will help the court see Gizachew's many positive qualities and his potential to change his life around.

I had the pleasure of meeting Gizachew through a mutual friend, when he extended an invitation to me to join his BBQ in the park. From there, we often saw each other at friend gatherings, where we enjoyed outdoor activities and watched sports. Gizachew has always been extremely friendly and you could always find him putting a smile on other people's faces or making others laugh, like myself.

The Seahawks Superbowl game was the most memorable for me because that's when I got to bond with and learn more about Gizachew. I found out that he was studying in college, taking some difficult classes in coding, which I found extremely impressive.

It makes me sad to hear that people with so much talent and potential sometimes end up on the wrong path in life. However, with proper support from his friends, like myself, and family and rehabilitation I am confident Gizachew will come out a stronger and better person who has learned from his mistakes. As someone who has already started the path to turning his life around through college and education, I highly urge the court to show Gizachew fairness and leniency.

Sincerely,

Maria Trizna

To Whom it may concern,

      My name is Michael Pradia Igano and I am writing this letter because I was recently told my dear friend Gizachew Wondie has been arrested and is facing incarceration if the charges brought against him are found to be valid. I don't even know where to start in this situation. The news has been absolutely devastating for so many of us. He is loved within his family, amongst his friends and by his community. I personally haven't had the privilege of knowing him my whole life, I am a transplant from California, but in the 10 years I have called Seattle my home Gizachew has been an amazing friend to me. We met on a bus talking about video games and have been friends ever since. While most of my time spent with him is either playing games, watching football, eating local food, helping him with his homework(I am in the IT industry and he is a CS major enduring Java/python classes etc.), having him try our(mine and my girlfriends) kitchen experiments or whatever ancillary things we do as friends (i.e. bbq's, beach days, the occasional bar) I have also  shared some incredibly impactful moments with him. I personally have had many challenges since moving to Seattle, some were financial, some were emotional all of which were life altering. Gizachew, with no obligation, has always had my back. When I am emotionally distraught he has come to my aid just to listen to what's bothering me or offer advice to me and help me emotionally digest responsibility and society's expectations of me. He has helped me through the few devastating break ups I have had over the past 10 years, helped me work on my car and even when I moved back to California because I couldn't afford to live in WA on my own he came to see me and reassure me that the friends/family I made while here cared about me. He is also one of the reasons why I call Seattle my home now. He created a sense of community for me and I am eternally grateful to him for that.

      I am not fully aware of what he is in trouble for, but I have heard that the charges involve guns and drugs and are very serious. As a young black male this is life altering and can rob him of literally everything, his entire future and it doesn't seem or sound right to me. I wasn't aware that he was a gun owner, but I do know he is a business owner, so it doesn't surprise me. I think the state of our nation and the crime rates in WA often pressurize people to take advantage of their second amendment rights but I have never known him to be violent so it is a surprising revelation. He has wanted to become an entrepreneur for many many years, a dream which he finally actualized this year, opening his own hot dog stand in the middle of Capitol Hill. As for drugs, the drug culture in WA and nationwide has changed considerably over the past several years and I have only ever known him to smoke weed. I do realize that we are humans, I don't spend every waking moment with him or anything close so I cannot know all of the things he does, nor do I want to but, I know his character and he is a good person, one of the best I know. He always meets people with kindness, he always has his heart open and I just don't understand how this kind of thing could happen to him or how he could even be in this situation.

      I just hope that until this there is more clarity in this situation he is treated as a human being. I hope that he is treated with the same fairness, compassion and love that he has treated us all with. Hes a good person and this is all truly heartbreaking. I have never known anyone who has been in trouble like this and I don't think I have honestly ever considered having to send a letter like this or anything of this nature. Its uncomfortable, and unnerving and emotional but I am happy to do it for him. Giz, if there is any way you can read this, I love you like a brother man and I am so sorry that this is happening to

you.  Victoria and I send all our love your way. You are sorely missed brother. You don't deserve this and as much as we can be there for you we will be.


Sincerely,

Michael Pradia Igano

To the Honorable James P. Donohue or Paula I. McCandlis

My name is Mizan Demissie and I have known Gizachew Wondie for as long as I can remember through extended family. We all grew up playing together and continue to keep the tradition of gathering as a family when we can. I understand that Gizachew has been charged with drug and firearm offences. This is a huge shock to myself and my family. Gizachew is one of the kindest, giving, and honest people you will ever meet. He is the guy that you can always count on. I understand this is serious but please know that Gizachew is not a dangers person with ill intentions and not a danger to the community whatsoever. He loves everyone truly, including his neighbors. I have seen him do the kindest thing for people he doesn't even know. I hope that you can show him leniency in this troubling time. I will be there to support him in whatever he may need through this process and forward.

Thank you.

Respectfully,

Mizan Demissie



My name is Natnael Wondie, I'm gizachew's brother I know that he has been charged with drugs and a firearm offense. Gizachew is a very caring, respectful person, he is also very helpful. I am willing to support him through this process.

Natnael Wond
NW

To whom this may concern:

I am truly saddened and by the charges against Gizachew, I am fully aware of the drug and firearm offenses. Gizachew and I grew up in the same community. We spent a lot of time attending church together as kids. Gizachew has been a role model and a leader as long as I could remember. I admire him for the obstacles he overcame in his life and for what he's done for his family. The last time I spoke with Gizachew he was excited about attending school and finishing up his credits to graduate. He's driven and determined to support his father and younger siblings. Gizachew is very selfless and he's usually the first one to lend a hand when needed. He is somebody I can always count on at anytime. He has a very good heart and he's the most genuine person I know. I plan to support Gizachew and be there for him as best as I could. He's a good man that deserves a break; for the sake of his family, his friends, and his community.

Warm regards,
Robel Fitwi

Kim Johnson

Settle, WA 98121

To:  The Honorable James P. Donohue or Paula I. McCandlis

I'm writing you to urge leniency on behalf of Gizachew.

I've known Gizachew since 2016, I meet him right after being honorable discharged from the Navy. We meet a Seattle Central College we were both excited about our futures and working towards our goal of a degree. We had math together and I would not have passed if it wasn't for Gizachew. He is scholastically gifted. He is a smart man that wants to step up and be a man his family could be proud of. Unfortunately, that sometimes leads to shortcuts. I'm sure if Gizachew realized the gravity of his offense and the possible consequences he would have thought of another way.

If allowed to rehabilitate and not just face punitive and draconian punishment, his community will support him. Gizachew is a part of a very small loving cultured community, his failure is all our failures, it shines a bad light on our community and it's up to us to correct it and we will. Correct, appropriate action will take place to ensure this will never happen again.

Respectfully

Kim Johnson

Yeshailem T. Amare

Seattle, WA

To: The Honorable James P. Donohue or Paula I. McCandlis

My name is Yeshailem Amare. I have known Gizachew for as long as I can remember. Our parents immigrated to America together many years ago. Gizachew has always been a warm soul. The one you can count on to be there and really help you in any way he can. I understand and am heartbroken to hear that he has been charged with a firearm and drug offence. This is not the man that I know. I can honestly say that he never hurt anyone, intentionally or not.

Gizachew cares for others almost to a fault. I find he feels like he must take care of everyone and always has. I can only believe this is why he ended up in this predicament. All he speaks of is finishing school, getting a job in the tech field that he is so excited about, and purchasing his parents a home they can all share.

Gizachew has help me beyond words. When I'm upset or doubting myself, he is the first person I call. He won't lie to me, ever. If I can try harder, he tells me I need too. When I'm doubting myself, he reminds me of my capabilities and pushes me through the slump. I don't know anyone who loves people the way he does. I can't even throw away my leftovers, sometimes to my annoyance, because he knows there are plenty of hungry people in our community and it would be selfish not to share. This is the man I know. A God fearing, kind, giving, loving individual who wants to do the right thing.

I understand the Gizachew has made a mistake but please show him some leniency in his hearing today. Me, his friends and his family will be here to walk with him on this path to redemption and change. I will support him thorough out this process and forward. I know he will be an even better man in the future and will do anything I can to help.

Thank you for this consideration.

Respectfully,

Yeshailem Amare

December 10th , 2018

To: The Honorable James P. Donohue or Paula L. McCandlis
I am writing this letter of support for my friend Gizachew Wondie, who I am aware has committed a drug trafficking and firearm offense. I understand that this is a serious offense; however, I hope that my letter will help the court see Gizachew's many positive qualities and his potential to change his life around.

Growing up, Gizachew always played a big brother role towards many of our peers, including myself. At church, he would always entertain us younger kids by playing tag, cracking jokes, and sharing hysterical stories when the other older kids his age always felt too cool to interact with us. During family gatherings, he always stood up for the smaller kids when the older kids would pick on us and call us names. As an adult, he's always been a motivator, supporter, and strong backbone for us to lean on for advice and encouragement. As a student, he shares his knowledge and passion in tech, guiding me into the tech industry as a software developer. He's always been a great role-model, someone I always wanted to be like throughout childhood. He's always quick to put a smile on our parents faces and lend a helping hand every and any way he could and we all love him for that and so much more.  He's always been full of life, compassion and joy since I can remember.

Hearing his recent run-in with the law came as a shock to us all. Neither one of us had the best upbringing and when times get hard, it's only natural to lean towards alternatives and explore other options. Gizachew has been through a lot more than most of us, yet still carries characteristics of moral and virtue, through and through.
With all that Gizachew has done for his family and community, it's only right we step up to help him at a time like this. He has all the love, support and resources to move beyond these dark moments. His rehabilitation will be best carried out with the ones who love and care for him as he did us in our time of need.

I truly hope you see the good man Gizachew is, and show mercy on his court date and believe that, as a family, we can provide all the love, care and resources necessary to move forward from anything like this ever happening again. For all that it is worth, he is more useful to our family, and more beneficial to society in the role-model that he is and as an aspiring student, than he can ever be in a cell.
Sincerely, Yohanes Demissie.