UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> *v.* <br><br> GIZACHEW WONDIE, <br><br> Defendant. | NO. CR18-315 RAJ <br><br> PROTECTIVE ORDER |

This matter having come before the Court on a Stipulated Motion for Entry of a Discovery Protective Order, the Court hereby enters the following:

DISCOVERY PROTECTIVE ORDER

A.   Definitions

As used in this Order, the term "Protected Material" means King County search warrant materials and law enforcement reports of investigation marked by the government as "Protected Material." "Sensitive Material" means limited information contained within the "Protected Material" that is highly law enforcement sensitive, marked by the government as "Sensitive Material."

B.   Permissible Disclosure of Protected Material and Sensitive Material

To comply with the government's discovery obligations, the United States will make available copies of the Protected Material to defense counsel. Possession of the

PROTECTIVE ORDER
CR18-315 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Protected Material is limited to defense counsel, his/her investigators, paralegals, assistants, law clerks, and experts ("members of the defense team").

Members of the defense team may not provide copies of the Protected Material to other persons, including to the defendant. Members of the defense team may review the Protected Material with the defendant. The defendant may visually inspect and review such documents, but shall not be allowed to possess and maintain Protected Material.

The government will provide to the defense redacted copies of documents containing Sensitive Material. These redacted documents will be treated as Protected Material. In addition, the government will make unredacted copies of these documents available for defense counsel's review at the United States Attorney's Office. Defense counsel will not share the Sensitive Material with anyone outside of the defendant's litigation and investigative team. Defense counsel will not disseminate in any manner the contents of the Sensitive Material with any third parties, including the defendant.

C. Filing

If any Protected Material or Sensitive Material is filed in court or otherwise disseminated as part of litigation, the parties shall file such information under seal. This does not entitle either party to seal their filings as a matter of course. The parties are required to comply in all respects with the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

D. Maintenance

Members of the defense team shall keep any Protected Material secured whenever the Protected Material is not being used in furtherance of their work in the above-captioned case. All documents containing Protected Material shall be returned to the United States, or destroyed, once all charges are resolved by dismissal or by final conviction. The provisions of this Order shall not terminate at the conclusion of this prosecution.

E. Modification

In the event that compliance with this Order makes it difficult for defense counsel to adhere to their Sixth Amendment obligations, or otherwise imposes an unworkable

PROTECTIVE ORDER
CR18-315 RAJ - 2

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

burden on counsel, defense counsel shall bring any concerns about the terms of the Order to the attention of the government. The parties shall then meet and confer with the intention of finding a mutually acceptable solution. In the event that the parties cannot reach such a solution, defense counsel shall bring any concerns about the scope or terms of the Order to the attention of the Court.

The parties may modify this Order, as necessary, by filing with the Court a Stipulated Order Modifying the Protective Order, or by other order of the Court.

DATED this 17th day of July, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

PROTECTIVE ORDER
CR18-315 RAJ - 3

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970