THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-315RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL DEFENDANT'S EXHIBITS 5 AND 6 TO MOTION TO SUPPRESS |
| GIZACHEW WONDIE, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of defendant, Gizachew Wondie, to file Exhibits 5 and 6 to his Motion to Suppress under seal. The Court finds there are compelling reasons to permit the filing of the documents under seal.

IT IS HEREBY ORDERED that Defendant's Motion to Seal (Dkt. #50) is GRANTED. Defendant shall be permitted to file Exhibits 5 and 6 to his Motion to Suppress under seal.

DATED this 23rd day of December, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO
SEAL DEFENDANT'S EXHIBITS
5 AND 6 TO MOTION TO SUPPRESS - 1
(*Gizachew Wondie*; CR18-315RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**