THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-315RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO SEAL DEFENDANT'S MOTION FOR *FRANKS* HEARING |
| GIZACHEW WONDIE, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of defendant, Gizachew Wondie, to file his Motion for a *Franks* Hearing under seal. The Court finds there are compelling reasons to permit the filing of the document under seal.

IT IS HEREBY ORDERED that Defendant's Motion to Seal (Dkt. #52) is GRANTED. Defendant shall be permitted to file his Motion for *Franks* Hearing and the exhibits thereto under seal.

DATED this 23rd day of December, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO
SEAL DEFENDANT'S MOTION
FOR *FRANKS* HEARING - 1
(*Gizachew Wondie*; CR18-315RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**