The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIZACHEW WONDIE,<br><br>Defendant. | NO. CR18-315 RAJ<br><br>ORDER SEALING EXHIBIT 3 TO RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS |

THIS MATTER comes before the Court upon the Government's Motion to Seal Exhibit 3 to its response to Defendant's Motion to Suppress. Having considered the motion, the files and pleadings, and good cause appearing,

IT IS ORDERED that the Government's Motion to Seal (Dkt. #67) is GRANTED. Exhibit 3 to the Government's Response to Defendant's Motion to Suppress shall be and remain sealed.

DATED this 9th day of January, 2020.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Order Sealing Exhibit 3 to Response to
Defendant's Motion to Suppress - 1
*United States v. Gizachew Wondie* /CR18-315 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970