UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-315 RAJ |
|---|---|
| Plaintiff, | |
| | ORDER SEALING GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR *FRANKS* HEARING |
| v. | |
| GIZACHEW WONDIE, | |
| Defendant. | |

THIS MATTER comes before the Court upon the Government's Motion to Seal its Response to Defendant's Motion for *Franks* Hearing. Having considered the motion, the files and pleadings, and good cause appearing,

IT IS ORDERED that the Government's Motion to Seal (Dkt. #71) is GRANTED. The Government's Response to Defendant's Motion for *Franks* Hearing shall be and remain sealed.

DATED this 9th day of January, 2020.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

Order Sealing Government's Response to
Defendant's Motion for *Franks* Hearing - 1
*United States v. Gizachew Wondie* /CR18-315 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970