The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIZACHEW WONDIE,<br><br>Defendant. | NO. CR18-315 RAJ<br><br>ORDER GRANTING LEAVE TO FILE AN OVERLENGTH BRIEF |

THE COURT having considered the Government's Motion for Leave to File an Overlength Brief, and finding good cause,

HEREBY ORDERS that the Government's Motion for Leave to File an Overlength Brief (Dkt. #72) is GRANTED. The Government is permitted to file a response to the Defense Motion for a *Franks* Hearing that is twenty-nine (29) pages in length.

DATED this 9th day of January, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING LEAVE TO FILE AN OVERLENGTH BRIEF - 1
*United States v. Wondie*, CR18-315 RAJ