THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-315RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL DEFENDANT'S EMERGENCY MOTION TO COMPEL |
| GIZACHEW WONDIE, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of Defendant Gizachew Wondie to file his Emergency Motion to Compel under seal. The Court finds there are compelling reasons to permit the filing of the document under seal.

IT IS HEREBY ORDERED that the Motion to Seal (Dkt. #74) is GRANTED. Defendant shall be permitted to file his Emergency Motion to Compel and the exhibits thereto under seal.

DATED this 9th day of January, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO
SEAL DEFENDANT'S EMERGENCY
MOTION TO COMPEL - 1
(*Gizachew Wondie*; CR18-315RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**