The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIZACHEW WONDIE,<br><br>Defendant. | NO. CR18-315 RAJ<br><br>GOVERNMENT'S MOTION TO SEAL RESPONSE TO DEFENDANT'S MOTION TO COMPEL |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Tobias D. Tobler, Assistant United States Attorney for said District, respectfully moves to seal the Government's Response to Defendant's Motion to Compel. The contents contain sensitive information about an ongoing criminal investigation. Premature revelation of the details of the investigation may impede the investigation by encouraging the targets to destroy evidence of their criminal activity, alter their current patterns and practices, or flee in order to avoid detection and arrest by law enforcement.

//

//

Government's Motion to Seal Response to
Defendant's Motion to Compel - 1
*United States v. Gizachew Wondie* /CR18-315 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   DATED this 13th day of January, 2020.

2                                       Respectfully submitted,

3                                       BRIAN T. MORAN
4                                       United States Attorney

5                                       */s/ Tobias D. Tobler*
6                                       TOBIAS D. TOBLER
                                        Assistant United States Attorney
7                                       United States Attorney's Office
8                                       700 Stewart Street, Suite 5220
                                        Seattle, Washington 98101-1271
9                                       Phone:  (206) 553-7970
10                                      Fax:  (206) 553-0755

Government's Motion to Seal Response to
Defendant's Motion to Compel - 2
*United States v. Gizachew Wondie* /CR18-315 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

*/s/ Salee Porter*
SALEE PORTER
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4345
Fax:   (206) 553-4440
E-mail: Salee.Porter@usdoj.gov

Government's Motion to Seal Response to
Defendant's Motion to Compel - 3
*United States v. Gizachew Wondie* /CR18-315 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970