THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-315RAJ |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF |
| GIZACHEW WONDIE, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court upon the Defendant's Motion to file an Overlength Reply to Government's Response to Motion to Suppress Evidence in excess of the six-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington. Having considered the motion, and finding good cause,

IT IS HEREBY ORDERED that the motion (Dkt. #85) is GRANTED. Defendant is granted leave to file an overlength 9-page Reply to the Government's Response to the Motion to Suppress Evidence.

DATED this 15th day of January, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO FILE OVERLENGTH BRIEF - 1
(*Gizachew Wondie*; CR18-315RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100