The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GIZACHEW WONDIE, <br><br> Defendant. | NO. CR18-315 RAJ <br><br> ORDER GRANTING MOTION TO SEAL GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL |

THIS MATTER comes before the Court upon the Government's Motion to Seal its Response to Defendant's Motion to Compel. Having considered the motion, and the files and pleadings herein, and finding good cause,

IT IS ORDERED that the Government's Motion to Seal (Dkt. #87) is GRANTED. The Government's Response to Defendant's Motion to Compel may remain filed under seal.

DATED this 15th day of January, 2020.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

Order Sealing Response to Defendant's Motion to Compel - 1
*United States v. Gizachew Wondie* /CR18-315 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970