UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GIZACHEW WONDIE,<br><br>　　　　　Defendant. | NO. CR18-315 RAJ<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

　　THIS MATTER comes before the Court upon the Government's Motion for Leave to File an Overlength Brief. Having considered the motion, and the files and pleadings herein, and finding good cause,

　　IT IS ORDERED that the Government's Motion for Leave to File an Overlength Brief (Dkt. #88) is GRANTED. The Government is permitted to file a response to the Defendant's Motion to Compel that is eighteen pages in length.

　　DATED this 15th day of January, 2020.

　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　─────────────────────
　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　United States District Judge

ORDER Granting Leave to file an Overlength Brief - 1
*United States v. Wondie*, CR18-315 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970