The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIZACHEW WONDIE,<br><br>Defendant. | No. CR18-315 RAJ<br><br>ORDER CONTINUING TRIAL DATE |

THIS MATTER comes before the Court *sua sponte* and upon Defendant Gizachew Wondie's "Waiver of Speedy Trial." Dkt. #93. Having considered the nature of this case, and Defendant's knowing and voluntary waiver, the Court finds as follows:

1. The Court finds that multiple, recently filed pretrial motions are pending in this matter, including Defendant's "Emergency" Motion to Compel, which has been referred to Magistrate Judge Michelle L. Peterson. Upon agreement of the parties, the Court is holding Defendant's Motion for *Franks* Hearing in abeyance pending Judge Peterson's ruling on the Motion to Compel.

2. The Court further finds that a continuance from January 27, 2020, to March 23, 2020, will help facilitate the Court's calendar and is in the interest of judicial economy.

3. The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and Defendant in a speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

4. Defendant has signed a waiver indicating he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including June 1, 2020, which will permit trial to commence on March 23, 2020. Defendant's waiver expresses his understanding that the Court will make findings that the time between January 27, 2020, and the new trial date of March 23, 2020, is excludable for purposes of calculating the time limitations applicable to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

Therefore, IT IS HEREBY ORDERED that the trial date is continued from January 27, 2020, to March 23, 2020.

IT IS FURTHER ORDERED that the period of time from the current trial date of January 27, 2020, up to and including the new trial date of March 23, 2020, shall be excludable time pursuant to 18 U.S.C. § 3161, *et seq*.

DATED this 21st day of January, 2020.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge