UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIZACHEW WONDIE,<br><br>Defendant. | NO. CR18-315 RAJ<br><br>ORDER SEALING GOVERNMENT'S STATUS UPDATE REGARDING DEFENDANT'S MOTION TO COMPEL |

THIS MATTER comes before the Court upon the Government's Motion to Seal its Status Update Regarding Defendant's Motion to Compel. Having considered the motion, the files and pleadings, and good cause appearing,

IT IS ORDERED that the Government's Motion to Seal (Dkt. #100) is GRANTED. The Government's Status Update Regarding Defendant's Motion to Compel shall remain sealed.

DATED this 22nd day of January, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

Order Sealing Government's Status Update
Regarding Defendant's Motion to Compel - 1
*United States v. Gizachew Wondie* /CR18-315 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970