The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GIZACHEW WONDIE,<br>Defendant. | NO. CR18-315 RAJ MLP<br><br>ORDER GRANTING LEAVE TO FILE AN OVERLENGTH BRIEF |

THE COURT having considered the Government's Motion for Leave to File an Overlength Brief;

HEREBY ORDERS that the Government is permitted to file a response to the defendant's overlength Second Supplemental Submission on Motion to Compel of eighteen pages in length.

DATED: January 31, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING LEAVE TO FILE AN OVERLENGTH BRIEF - 1
*United States v. Wondie*, CR18-315 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*/s/ Tobias D. Tobler*

TOBIAS D. TOBLER
Assistant United States Attorney

ORDER GRANTING LEAVE TO FILE AN OVERLENGTH BRIEF - 2
*United States v. Wondie*, CR18-315 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970