The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIZACHEW WONDIE,<br><br>Defendant. | NO. CR18-315 RAJ MLP<br><br>ORDER SEALING RESPONSE TO DEFENDANT'S SECOND SUPPLEMENTAL SUBMISSION ON MOTION TO COMPEL |

THE COURT hereby SEALS the Government's Response to Defendant's Second Supplemental Submission on Motion to Compel.

DATED this 31st day of January, 2020.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Order Sealing Response to Defendant's Second
Supplemental Submission on Motion to Compel - 1
*United States v. Gizachew Wondie* /CR18-315 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*/s/ Tobias D. Tobler*
TOBIAS D. TOBLER
Assisted United States Attorney

Order Sealing Response to Defendant's Second
Supplemental Submission on Motion to Compel - 2
*United States v. Gizachew Wondie* /CR18-315 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970