THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GIZACHEW WONDIE, <br><br> Defendant. | No. CR18-315 RAJ-MLP <br><br> ORDER GRANTING MOTION SEAL SECOND SUPPLEMENTAL SUBMISSION ON MOTION TO COMPEL CERTAIN CATEGORIES OF DOCUMENTS FOR *IN CAMERA* REVIEW <br><br> (PROPOSED) |

THIS MATTER has come before the undersigned on the motion of defendant, Gizachew Wondie, to file his Second Supplemental Submission on Motion to Compel under seal. The Court finds there are compelling reasons to permit the filing of the document under seal.

IT IS HEREBY ORDERED that the defendant shall be permitted to file the Second Supplemental Submission on Motion to Compel and exhibits thereto under seal.

DATED this 31st day of January, 2020.

MICHELLE L. PETERSON
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ *Mohammad Ali Hamoudi*
s/ *Sara Brin*
Attorney for Gizachew Wondie
Office of the Federal Public Defender

ORDER GRANTING MOTION TO
SEAL SECOND SUPPLEMENTAL
MOTION TO COMPEL - 1
(*Gizachew Wondie*; CR18-315RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100