The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-315 RAJ |
| Plaintiff, | |
| v. | ORDER SEALING INTERIM STATUS REPORT REGARDING COURT'S ORDER ON *IN CAMERA* REVIEW |
| GIZACHEW WONDIE, | |
| Defendant. | |

THE COURT hereby SEALS the Government's Interim Status Report Regarding Court's Order on *In Camera* Review.

DATED this 11th day of February, 2020.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

*/s/ Tobias D. Tobler*
TOBIAS D. TOBLER
Assistant United States Attorney

Order Sealing Interim Status Report Regarding
Court's Order on *In Camera* Review - 1
*United States v. Gizachew Wondie* /CR18-315 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970