UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-315 RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL |
| GIZACHEW WONDIE, | |
| Defendant. | |

The Court has considered the parties' Stipulated Motion to Continue Trial, and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to the parties' need to resolve and/or litigate remaining discovery issues, and for defense counsel to review any materials ultimately disclosed pursuant to his pending motion to compel, and, after such review, to file supplemental briefing on his *Franks* motion, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, given the time needed to resolve the defendant's pending motion to compel, and, thereafter, the defendant's motion for a *Franks* hearing; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of March 23, 2020, and the new trial date is necessary to resolve the defendant's pending motions, and to provide counsel for the defendant reasonable time to prepare for trial, considering all of the facts set forth above.

Therefore, IT IS HEREBY ORDERED that the trial date is continued from March 23, 2020 to June 15, 2020.

IT IS FURTHER ORDERED that the period of time from the date of this order, up to and including the new trial date of June 15, 2020, shall be excludable time pursuant to 18 U.S.C. § 3161, et seq.

DATED this 25th day of February, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

*United States v. Gizachew Wondie* // No. CR18-315 RAJ
Order Continuing Trial Date - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970