The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> GIZACHEW WONDIE, <br> Defendant. | NO. CR18-315 RAJ <br><br> ORDER SEALING FIFTH STATUS REPORT REGARDING COURT'S ORDER ON *IN CAMERA* REVIEW |

THE COURT hereby SEALS the Government's Fifth Status Report Regarding Court's Order on *In Camera* Review.

DATED this 12th day of March, 2020.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

*/s/ Tobias D. Tobler*
TOBIAS D. TOBLER
Assistant United States Attorney

Order Sealing Fifth Status Report Regarding
Court's Order on *In Camera* Review - 1
*United States v. Gizachew Wondie* /CR18-315 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970