The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIZACHEW WONDIE,<br><br>Defendant. | NO. CR18-315 RAJ<br><br>AMENDED PROTECTIVE ORDER |

This matter having come before the Court on a Stipulated Motion for Entry of an Amended Discovery Protective Order, the Court hereby enters the following:

DISCOVERY PROTECTIVE ORDER

A.   Definitions

As used in this Order, the term "Protected Material" means materials—including King County search warrant materials, law enforcement reports, and investigators' email communications—marked by the government as "Protected Material."  "Sensitive Material" means limited information contained within the "Protected Material" that is highly law enforcement sensitive, marked by the government as "Sensitive Material."  The "Defense Team" means the members of the defendant's litigation and investigative team, including defense counsel, investigators, paralegals, assistants, law clerks, and experts, but not including the defendant.

AMENDED PROTECTIVE ORDER
CR18-315 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

B. Permissible Disclosure of Protected Material and Sensitive Material

To comply with the government's discovery obligations, the United States will make available copies of the Protected Material to the Defense Team. Possession of the Protected Material is limited to the Defense Team. The Defense Team may not provide copies of the Protected Material to other persons, including the defendant. The Defense Team may review the Protected Material with the defendant. The defendant may visually inspect and review such documents, but shall not be allowed to possess and maintain Protected Material.

Pursuant to the Court's protective order dated July 17, 2019, Dkt. 31, the government made certain Sensitive Material available for the Defense Team's review at the United States Attorney's Office. *Id.* at 2. However, the current shelter-in-place orders and social distancing protocols implemented in response to the Coronavirus Disease 2019 (COVID-19) outbreak have made the Defense Team's in-office review of Sensitive Material infeasible. To accommodate the Defense Team's continued review of this material, and by agreement of the parties, the government will make this Sensitive Material available for the Defense Team's review through a secure, cloud-based file-sharing platform. The Defense Team will not print, copy, photograph, or otherwise replicate the Sensitive Material except in pleadings related to this case, or for the purpose of corresponding within the Defense Team regarding the case. The Defense Team will not share the contents of the Sensitive Material with any third party, except as noted above, nor share the contents of the Sensitive Material with the defendant.

C. Filing

If any Protected Material or Sensitive Material is filed in court, or if contents of such materials are divulged in court pleadings as part of litigation, the parties shall file such information or pleadings under seal. This does not entitle either party to seal their filings as a matter of course. The parties are required to comply in all respects with the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

AMENDED PROTECTIVE ORDER
CR18-315 RAJ - 2

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

D.  Maintenance

The Defense Team shall keep any Protected Material secured whenever the Protected Material is not being used in furtherance of their work in the above-captioned case. All documents containing Protected Material shall be returned to the United States, or destroyed, once all charges are resolved by dismissal or by final conviction. The provisions of this Order shall not terminate at the conclusion of this prosecution.

E.  Modification

In the event that compliance with this Order makes it difficult for defense counsel to adhere to their Sixth Amendment obligations, or otherwise imposes an unworkable burden on counsel, defense counsel shall bring any concerns about the terms of the Order to the attention of the government. The parties shall then meet and confer with the intention of finding a mutually acceptable solution. In the event that the parties cannot reach such a solution, defense counsel shall bring any concerns about the scope or terms of the Order to the attention of the Court.

The parties may seek to modify this Order, as necessary, by filing with the Court a motion to modify this Amended Protective Order.

DATED this 13th day of April, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

AMENDED PROTECTIVE ORDER
CR18-315 RAJ - 3

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970