THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-315RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER SEALING SEVENTH STATUS REPORT REGARDING COURT'S ORDER ON *IN CAMERA* REVIEW |
| GIZACHEW WONDIE, | ) | |
| Defendant. | ) | |

THE COURT hereby SEALS the Government's Seventh Status Report Regarding Court's Order on *In Camera* Review.

DATED this 11th day of May, 2020.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER SEALING SEVENTH STATUS
REPORT ON *IN CAMERA* REVIEW - 1
(*Gizachew Wondie*; CR18-315RAJ)