THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GIZACHEW WONDIE, ) <br> ) <br> Defendant. ) <br> ) | No. CR18-315RAJ <br><br> ORDER SEALING EIGHTH STATUS REPORT REGARDING COURT'S ORDER ON *IN CAMERA* REVIEW |

THE COURT hereby SEALS the Government's Eighth Status Report Regarding Court's Order on *In Camera* Review.

DATED this 18th day of May, 2020.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER SEALING EIGHTH STATUS
REPORT ON *IN CAMERA* REVIEW - 1
(*Gizachew Wondie*; CR18-315RAJ)