JUDGE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cr-00315-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO MODIFY BOND |
| GIZACHEW WONDIE, | |
| Defendant. | |

THE COURT, having considered Defendant Gizachew Wondie's unopposed motion to modify his bond, and the records and files therein,

IT IS ORDERED that Defendant Wondie's motion (Dkt. #160) is GRANTED. Defendant Gizachew Wondie's bond is modified to allow him to attend online classes and to obtain employment with the approval of U.S. Pretrial Services.

All other conditions of Defendant's bond remain in full force and effect.

DATED this 22nd day of July, 2020.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO MODIFY BOND
(*Gizachew Wondie*, CR18-315RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100