The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GIZACHEW WONDIE, <br><br> Defendant. | NO. CR18-315 RAJ <br><br> ORDER SEALING STATUS REPORT REGARDING COURT'S ORDER ON *IN CAMERA* REVIEW |

THE COURT hereby SEALS the Government's Status Report Regarding Court's Order on *In Camera* Review.

DATED this 2nd day of September, 2020.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

Order Sealing Status Report Regarding
Court's Order on *In Camera* Review - 1
*United States v. Gizachew Wondie* /CR18-315 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970