THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-315RAJ |
| Plaintiff, | |
| v. | ORDER SEALING FINAL STATUS REPORT REGARDING COURT'S ORDER ON *IN CAMERA* REVIEW |
| GIZACHEW WONDIE, | |
| Defendant. | |

THE COURT hereby SEALS the Government's Final Status Report Regarding Court's Order on *In Camera* Review.

DATED this 19th day of October, 2020.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER SEALING FINAL STATUS REPORT
ON *IN CAMERA* REVIEW - 1
(*Gizachew Wondie*; CR18-315RAJ)