THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-315RAJ |
| Plaintiff, | ) ) | ORDER GRANTING MOTION TO FILE OVERLENGTH MOTION TO DISMISS INDICTMENT FOR DESTRUCTION OF EVIDENCE |
| v. | ) ) ) | |
| GIZACHEW WONDIE, | ) ) | |
| Defendant. | ) ) | |

Upon the motion of the Defense to file an Overlength Motion to Dismiss the Indictment for Destruction of Evidence in excess of the twelve-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington, which the government indicates it does not oppose, and the Court finding good cause,

IT IS ORDERED that the motion (Dkt. # 191) is GRANTED. Leave of court is granted for the defendant to file a Motion to Dismiss Indictment not to exceed 16 pages.

DATED this 19th day of January, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO
FILE OVERLENGTH MOTION TO DISMISS
INDICTMENT FOR DESTRUCTIONOF EVIDENCE
(*Gizachew Wondie*, CR18-315RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100