THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-315RAJ |
| Plaintiff, | ) ) ) | ORDER GRANTING MOTION TO FILE OVERLENGTH REPLY |
| v. | ) ) | |
| GIZACHEW WONDIE, | ) ) | |
| Defendant. | ) ) | |

Upon the motion of the Defense to file an Overlength Reply in excess of the six-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington, and finding good cause,

IT IS HEREBY ORDERED that the motion (Dkt. # 196) is GRANTED and leave of court is granted for the defendant to file a Reply relating to his Motion for a *Franks* Hearing not to exceed 34 pages.

IT IS SO ORDERED.

DATED this 20th day of January, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO FILE OVERLENGTH REPLY
(*Gizachew Wondie*; CR18-315RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100