THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR18-315-RAJ |
| Plaintiff, ) | |
| ) | ORDER GRANTING LEAVE FOR |
| v. ) | ADDITIONAL DEFENSE MOTION |
| ) | AND BRIEFING SCHEDULE |
| GIZACHEW WONDIE, ) | |
| Defendant. ) | |

THE COURT has reviewed Defendant's unopposed motion for leave to file an additional motion after the January 19, 2021 motions deadline. The Court has also reviewed relevant records and filings in this case.

IT IS NOW ORDERED that Defendant's motion (Dkt. # 213) is GRANTED. The defense may file an additional motion no later than March 1, 2021. The government's response is due by March 8, 2021, and the defense reply is due by March 10, 2021.

DATED this 23rd day of February 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING LEAVE TO FILE MOTION
AND BRIEFING SCHEDULE
(*United States v. Wondie*, No. CR18-315-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100