THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-315RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO SEAL DEFENDANT'S MOTION TO DISMISS INDICTMENT |
| GIZACHEW WONDIE, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of defendant, Gizachew Wondie, to file a Motion to Dismiss Indictment and Exhibits under seal. The Court finds there are compelling reasons to permit the filing of the document under seal.

IT IS HEREBY ORDERED that the Motion to Seal (Dkt. # 192) is GRANTED. The defendant shall be permitted to file the Motion to Dismiss Indictment and the Exhibits under seal.

DATED this 25th day of February, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO
SEAL DEFENDANT'S MOTION
TO DISMISS INDICTMENT
(*Gizachew Wondie*; CR18-315RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**