The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-315 RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING LEAVE TO FILE AN OVERLENGTH BRIEF |
| GIZACHEW WONDIE, | |
| Defendant. | |

THE COURT having considered the Government's Motion for Leave to File an Overlength Brief;

HEREBY ORDERS that the Motion (Dkt. # 205) is GRANTED. The Government is permitted to file a response to the Defendant's overlength Second Supplemental Submission on Motion to Compel of nineteen pages in length.

DATED this 25th day of February, 2021.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING LEAVE TO FILE AN OVERLENGTH BRIEF - 1
*United States v. Wondie*, CR18-315 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970