The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIZACHEW WONDIE,<br><br>Defendant. | NO. CR18-315 RAJ<br><br>ORDER SEALING EXHIBITS 2 AND 3 TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE FOR WARRANTLESS ARREST WITHOUT PROBABLE CAUSE |

THIS MATTER comes before the Court upon the Government's Motion to Seal Exhibits 2 and 3 to the Government's Response to Defendant's Motion To Suppress Evidence For Warrantless Arrest Without Probable Cause.  Having considered the motion, and finding good cause,

IT IS ORDERED that the Government's Motion to Seal (Dkt. # 206) is GRANTED.  Exhibits 2 and 3 to the Government's Response to Defendant's Motion To Suppress Evidence For Warrantless Arrest Without Probable Cause shall remain under seal.

DATED this 25th day of February, 2021.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
EXHIBITS 2 AND 3 TO RESPONSE - 1
*United States v. Gizachew Wondie* /CR18-315 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970