Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-315RAJ |
| Plaintiff, | |
| v. | ORDER SEALING GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS |
| GIZACHEW WONDIE, | |
| Defendant. | |

THIS MATTER comes before the Court on the Government's Motion to Seal its Response to the Defendant's Motion to Dismiss for Destruction of Evidence. Having considered the motion, the files and pleadings, and good cause appearing,

IT IS ORDERED that the Government's Motion to Seal (Dkt. # 210) is GRANTED. The Government's Response to Defendant's Motion to Dismiss for Destruction of Evidence shall be, and remain, sealed.

DATED this 25th day of February 2021.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL - 1
(*United States v. Gizachew Wondie,* CR18-315RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970