THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-315RAJ |
| Plaintiff, | ) ) | ORDER GRANTING MOTION TO FILE OVERLENGTH REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO DISMISS INDICTMENT FOR DESTRUCTION OF EVIDENCE |
| v. | ) ) | |
| GIZACHEW WONDIE, | ) ) | |
| Defendant. | ) ) | |

Upon the defense Motion to File an Overlength Reply to Government's Response to Motion to Dismiss the Indictment for Destruction of Evidence in excess of the six-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED that Defendant's Motion (Dkt. # 214) is GRANTED.  Defendant is permitted to file an overlength Reply to Government's Response to Motion to Dismiss Indictment of 14 pages.

DATED this 25th day of February, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO FILE
OVERLENGTH REPLY TO GOVERNMENT'S
RESPONSE TO MOTION TO DISMISS INDICTMENT
FOR DESTRUCTION OF EVIDENCE
(*Gizachew Wondie*, CR18-315RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100