THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GIZACHEW WONDIE,<br><br>    Defendant. | No. CR18-315RAJ<br><br>ORDER GRANTING MOTION TO SEAL DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO DISMISS INDICTMENT |

THIS MATTER has come before the undersigned on the motion of Gizachew Wondie to file a Reply to the Government's Response to Motion to Dismiss Indictment and its accompanying exhibits under seal. The Court finds there are compelling reasons to permit the filing of the documents under seal.

IT IS ORDERED that Defendant's Motion to Seal (Dkt. # 215) is GRANTED. Defendant is permitted to file the Reply to Government's Response to Motion to Dismiss Indictment and its exhibits under seal.

DATED this 25th day of February, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO SEAL DEFENDANT'S REPLY TO
GOVERNMENT'S RESPONSE MOTION TO
DISMISS INDICTMENT
(*Gizachew Wondie*; CR18-315RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100