THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-315RAJ |
| Plaintiff, | ORDER GRANTING MOTION TO FILE OVERLENGTH REPLY RE MOTION TO SUPPRESS EVIDENCE |
| v. | |
| GIZACHEW WONDIE, | |
| Defendant. | |

Upon the motion of the Defense to file an Overlength Reply to Government's Response to Motion to Suppress Evidence in excess of the six-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED that the Motion (Dkt. # 217) is GRANTED.  Leave or court is granted for the Defendant to file a Reply to Government's Response to Motion to Suppress Evidence not to exceed 21 pages.

DATED this 25th day of February, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO FILE
OVERLENGTH REPLY RE MOTION TO
SUPPRESS EVIDENCE
(*Gizachew Wondie*, CR18-315RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100