THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-315RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO SEAL DEFENDANT'S REPLY RE MOTION TO SUPPRESS EVIDENCE |
| GIZACHEW WONDIE, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of defendant, Gizachew Wondie, to file a Reply to Government's Response to Motion to Suppress Evidence and Exhibits under seal. The Court finds there are compelling reasons to permit the filing of the document under seal.

IT IS HEREBY ORDERED that the Motion to Seal (Dkt. # 218) is GRANTED. The Defendant is permitted to file the Reply to Government's Response to Motion to Suppress Evidence and the Exhibits under seal.

DATED this 25th day of February, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

---

ORDER GRANTING MOTION TO
SEAL DEFENDANT'S REPLY RE MOTION
TO SUPPRESS EVIDENCE
(*Gizachew Wondie*; CR18-315RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100