THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-315-RAJ |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER GRANTING MOTION TO FILE OVERLENGTH MOTION TO DISMISS FOR DISCOVERY VIOLATIONS |
| GIZACHEW WONDIE, | ) ) | |
| Defendant. | ) ) | |

THE COURT has considered Defendant's Motion to File Overlength Motion to Dismiss for Discovery Violations in excess of the 12-page limitation imposed by Local Rule 12(b)(5), along with the records and files in this case. Having found good cause,

IT IS ORDERED that Defendant's Motion (Dkt. # 232) is GRANTED. Defendant is granted leave to file an overlength 25-page Motion to Dismiss for Discovery Violations.

DATE this 2nd day of March, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO FILE OVERLENGTH MOTION
TO DISMISS FOR DISCOVERY VIOLATIONS
(*United States v. Wondie*, No. CR18-315-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100