THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-315-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO SEAL DEFENDANT'S MOTION TO DISMISS FOR DISCOVERY VIOLATIONS |
| GIZACHEW WONDIE, | ) | |
| Defendant. | ) | |

This matter comes before the Court on Defendant's Motion to Seal Defendant's Motion to Dismiss for Discovery Violations and its accompanying exhibits under seal. The Court has considered the motion and records in this case, and finds there are compelling reasons to seal the motion and exhibits.

IT IS ORDERED that Defendant's Motion to Seal (Dkt. # 233) is GRANTED. Defendant's Motion to Dismiss for Discovery Violations and all its exhibits shall remain filed under seal.

DATED this 2nd day of March 2021.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL MOTION TO DISMISS
FOR DISCOVERY VIOLATIONS
(*United States v. Wondie*, No. CR18-315-RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100