1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

GIZACHEW WONDIE,

Defendant.

NO. CR18-315RAJ

ORDER GRANTING GOVERNMENT'S
MOTION TO EXTEND RESPONSE
DEADLINE TO DEFENDANT'S
MOTION TO DISMISS

THE COURT, having reviewed the Government's Motion for Extension of
Time, the Defendant's Response, and having considered defense counsel's
representation to court staff that Defendant does not oppose the motion given
Defendant's continued release status on bond, the Court hereby ORDERS that the
Government's Motion (Dkt. # 242) is GRANTED.  The deadline for the Government
to respond to Defendant's Motion to Dismiss (Dkt. #  234) is extended to March 22,
2021.  Defendant's reply shall be filed no later than March 24, 2021, and the motion
is renoted for March 24, 2021.

DATED this 8th day of March, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER FOR EXTENSION - 1
U.S. v. WONDIE/CR18-315RAJ