The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GIZACHEW WONDIE,<br><br>　　　　　　　　　　Defendant. | No. CR18-315 RAJ<br><br>ORDER CONTINUING<br>TRIAL DATE |

　　　Having considered the record and the government's motion to continue the trial date, with the accompanying declaration filed *ex parte* under seal, and the General Orders for the Western District of Washington, including General Order 18-20, the Court FINDS that neither the trial nor in-person hearings can proceed on or before the currently scheduled trial date of April 26, 2021, both because of court closures due to the ongoing pandemic and because of the unavailability of an essential government witness. For the reasons detailed in the government's motion, the ends of justice served by continuing the trial outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(3) and (7)(A), (B)(i).

　　　IT IS THEREFORE ORDERED that the government's motion to continue the trial date (Dkt. # 246) is GRANTED.  The trial in this matter is continued to June 28, 2021, at 9:00 a.m.  Pretrial motions have already been filed.

1    IT IS FURTHER ORDERED that the time between the date of this Order and the new
2 trial date of June 28, 2021, is excluded in computing the time within which trial must
3 commence because of the unavailability of an essential witness for the government, and
4 because the ends of justice served by granting this continuance outweigh the best interest of
5 the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(3), (7)(A). Failure to
6 grant this continuance would likely make trial impossible and result in a miscarriage of
7 justice. *Id.* § (B)(i).

9    DATED this 23rd day of March, 2021.

   The Honorable Richard A. Jones
   United States District Judge