Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIZACHEW WONDIE,<br><br>Defendant. | NO. CR18-315RAJ<br><br>ORDER GRANTING LEAVE TO FILE AN OVERLENGTH RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR DISCOVERY VIOLATIONS |
|---|---|

THE COURT, having considered the Government's Motion to File an Overlength Response to Defendant's Motion to Dismiss, and finding good cause,

HEREBY ORDERS that the motion (Dkt. # 249) is GRANTED. The United States is permitted to file a response to the Defendant's Motion to Dismiss that is up to twenty-eight pages in length.

DATED this 26th day of March, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

Order Granting Leave to File an Overlength Response - 1
(*United States v. Gizachew Wondie* /CR18-315RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970