THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-315-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL DEFENDANT'S REPLY REGARDING THE MOTION TO DISMISS FOR DISCOVERY VIOLATIONS |
| GIZACHEW WONDIE, | |
| Defendant. | |

This matter comes before the Court on the motion of Defendant Gizachew Wondie to file Defendant's Reply Regarding the Motion to Dismiss for Discovery Violations and its accompanying exhibit under seal. The Court has considered the motion and records in this case, and finds there are compelling reasons to seal the motion and exhibit.

IT IS ORDERED that Defendant's Motion to Seal (Dkt. # 254) is GRANTED. Defendant's Reply Regarding the Motion to Dismiss for Discovery Violations and its exhibit shall remain under seal.

DATED this 26th day of March, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL REPLY REGARDING
THE MOTION TO DISMISS FOR
DISCOVERY VIOLATIONS
(*United States v. Wondie*, No. CR18-315-RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**