THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-315-RAJ |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION TO |
| v. | ) | FILE OVERLENGTH REPLY |
| | ) | REGARDING MOTION TO DISMISS |
| GIZACHEW WONDIE, | ) | FOR DISCOVERY VIOLATIONS |
| Defendant. | ) | |

THE COURT has considered Defendant's Motion to File Overlength Reply Regarding the Motion to Dismiss for Discovery Violations in excess of the 6-page limitation imposed by Local Rule 12(b)(5), along with the records and files in this case.

IT IS ORDERED that Defendant's Motion (Dkt. # 255) is GRANTED. Defendant may file an overlength,13-page Reply Regarding the Motion to Dismiss for Discovery Violations.

DATED this 26th day of March 2021.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING LEAVE TO FILE OVERLENGTH
REPLY REGARDING MOTION TO DISMISS FOR
DISCOVERY VIOLATIONS
(*United States v. Wondie*, No. CR18-315-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100