The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIZACHEW WONDIE,<br><br>Defendant. | NO. CR18-315 RAJ<br><br>ORDER ON DEFENDANT'S MOTION TO DISMISS FOR DISCOVERY VIOLATIONS |

THIS MATTER has come before the Court upon Defendant Gizachew Wondie's Motion to Dismiss for Discovery Violations. Dkt. 234. For the reasons set forth orally on the record at the hearing conducted in this matter on April 2, 2021, the Court **DENIES** the motion.

DATED this 2nd day of April, 2021.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1
*United States v. Wondie*, CR18-315 RAJ