WA/WD PTS-Supplemental (01/19)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report of Supplemental Violations

**Date of Report:** 04/30/2021
**Name of Defendant:** Gizachew Wondie                    **Case Number:** 2:18CR00315RAJ-1
**Name of Judicial Officer:**  The Honorable Michelle L. Peterson, United States Magistrate Judge
**Original Offense:**  Counts 1 and 2: Possession of a Controlled Substance with Intent to Distribute
                        Count 3: Possession of a Firearm in Furtherance of Drug Trafficking
**Date Supervision Commenced:** 12/11/2018

Bond Conditions Imposed:

- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held devices, as directed by Pretrial Services. You shall not use, consume or possess alcohol or any other product containing alcohol, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services.

- Travel is restricted to the Western District of Washington, or as directed by Pretrial Services.

- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant is restricted to his/her residence at all times except for religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals**.

- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.

- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.

- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.

- You shall not have direct contact or indirect contact with any existing and/or future witnesses in this case.

- (MODIFIED 7/22/20): Defendant Gizachew Wondie's bond is modified to allow him to attend online classes and to obtain employment with the approval of U.S. Pretrial Services.

**PETITIONING THE COURT**

The Honorable Michelle L. Peterson, United States Magistrate Judge  Page 2
Report of Supplemental Violations  4/30/2021

☒ To incorporate the violations contained in this petition and in all future proceedings with the violations previously reported to the Court on December 11, 2020, January 5, 2021, February 3, 2021, and March 2, 2021.

I allege the defendant has violated the following conditions of supervision:

- I must not use, consume, or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.

- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held devices, as directed by Pretrial Services. You shall not use, consume or possess alcohol or any other product containing alcohol, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services.

**Nature of Noncompliance:**

10. Using a controlled substance, cocaine, in violation of the standard condition, on the following dates:
    - March 18, 2021
    - March 31, 2021

11. Failing to report for urinalysis testing on March 25, 2021, in violation of the special condition.

**United States Probation Officer Recommendation**:
☒ That violation #10 and #11 be added to the previous petitions presently before the Court, dated December 11, 2020, January 5, 2021, February 3, 2021, and March 2, 2021.

I consulted with Assistant United States Attorney Erin Becker, and she concurs with my recommendation.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 30th day of April, 2021.

BY:

Mike Munsterman
United States Probation Officer

Patrick E. Robertson
Supervising United States Probation Officer

The Honorable Michelle L. Peterson, United States Magistrate Judge  Page 3
Report of Supplemental Violations  4/30/2021

## THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☐ To incorporate the violations contained in this petition under seal in all future proceedings with the violations previously reported to the Court
☒ To incorporate the violations contained in this petition and in all future proceedings with the violations previously reported to the Court
☐ Other

_____
Michelle L. Peterson, United States Magistrate Judge

April 30, 2021
_____
Date