JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR18-315RAJ |
| Plaintiff, | ) ) | ORDER GRANTING MOTION TO |
| vs. | ) ) | CONTINUE TRIAL DATE |
| GIZACHEW WONDIE, | ) ) | |
| Defendant. | ) ) | |

THIS MATTER having come before the Court on defendant's motion for a continuance of the trial date, which has not been opposed by the United States, and the Court having considered the facts set forth in the motion, the speedy trial waiver executed by defendant, and the records and files herein, the Court finds as follows:

The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and defendant in a speedy trial.

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure to grant a continuance in the proceeding would be likely to result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE - 1
(*Gizachew Wondie;* CR18-315RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

2. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to effectively prepare for trial. All of these factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that defendant's unopposed motion to continue trial date (Dkt. # 276) is GRANTED. The trial date is continued from June 28, 2021, to September 27, 2021, at 9:00 a.m.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order to the new trial date of September 27, 2021, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 12th day of May, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE - 2
(*Gizachew Wondie;* CR18-315RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100