JUDGE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-315RAJ |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING UNOPPOSED |
| v. | ) | MOTION TO WITHDRAW MOTION |
| | ) | TO SUPPRESS STATEMENTS |
| GIZACHEW WONDIE, | ) | TAKEN IN VIOLATION OF *MIRANDA* |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court is the defendant's unopposed Motion to Withdraw Motion to Suppress Statements Taken in Violation of *Miranda*. Having considered the unopposed motion, and the files and pleadings herein, and being fully informed, the Court GRANTS the motion to withdraw the motion (Dkt. # 287). Defendant's Motion to Suppress Statements Take in Violation of *Miranda* Dkt. # 48) is terminated as withdrawn.

DATED this 4th day of June, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA  98101**
**(206) 553-1100**