THE HONORABLE RICHARD A. JONES

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   UNITED STATES OF AMERICA,           )   No. CR18-315-RAJ
                                        )
10              Plaintiff,              )
                                        )
11      v.                              )   ORDER GRANTING MOTION TO
                                        )   SEAL DEFENDANT'S EXHIBIT 157
12  GIZACHEW WONDIE,                    )
                                        )
13              Defendant.              )
                                        )
14  _____)

15          This matter comes before the Court on the motion of Gizachew Wondie to file

16  Defendant's Exhibit 157 under seal. The Court has considered the motion and records in

17  this case, and finds there are compelling reasons to seal the exhibit.

18          IT IS ORDERED that Defendant's Motion to Seal Exhibit 157 (Dkt. # 298)  is

19  GRANTED.

20          DATED this 21st day of June, 2021.

21          _____

22          The Honorable Richard A. Jones
            United States District Judge
23

24

25

26

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**