THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GIZACHEW WONDIE,<br><br>　　　　Defendant. | No. CR18-315-RAJ<br><br>ORDER GRANTING MOTION TO SEAL DEFENDANT'S NOTICE TO THE COURT REGARDING ACRONYMS USED IN EXHIBITS |

This matter comes before the Court on the motion of Gizachew Wondie to file defendant's notice to the Court with regard to acronyms in the exhibits provided in advance of the *Franks* hearing be filed under seal. The Court has considered the motion and records in this case, and finds there are compelling reasons to seal the notice.

IT IS ORDERED that Defendant's Motion to Seal Notice to the Court Regarding Acronyms Used in Exhibits (Dkt. # 302) is GRANTED.

DATED this 21st day of June, 2021.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL NOTICE TO THE COURT
(*United States v. Wondie*, No. CR18-315-RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**