The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GIZACHEW WONDIE, <br><br> Defendant. | No. CR18-315 RAJ <br><br> GOVERNMENT'S AMENDED RULE 48(a) MOTION FOR LEAVE TO DISMISS |

The United States of America, by and through Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Assistant United States Attorneys Erin H. Becker and James D. Oesterle, submits this Motion for Leave to Dismiss the pending Indictment in this case pursuant to Federal Rule of Criminal Procedure 48(a).

Federal Rule of Criminal Procedure 48(a) states that the government "may by leave of court file a dismissal of an indictment . . .and the prosecution shall thereupon terminate." Given the Court's prior rulings, the government believes that the interests of justice would be best served by dismissing the pending Indictment with prejudice, as the government now believes it will be unable to prove Defendants' guilt beyond a reasonable doubt. The government has a duty to dismiss when it finds the evidence is insufficient to support a conviction. *See, e.g., United States v. Dennis*, 645 F.2d 517, 521 (5th Cir. 1981).

Government's Amended Motion for Leave to Dismiss - 1
*United States v. Wondie* / CR18-315 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of
2  the Court, the Acting United States Attorney for the Western District of Washington
3  seeks dismissal of the pending Indictment against GIZACHEW WONDIE, with
4  prejudice.
5  DATED this 13th day of August, 2021.

Respectfully submitted:

TESSA M. GORMAN
Acting United States Attorney

*/s/ James D.Oesterle*
ERIN H. BECKER
JAMES D. OESTERLE
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-5040

Government's Amended Motion for Leave to Dismiss - 2
*United States v. Wondie* / CR18-315 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970