The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-315 RAJ |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| GIZACHEW WONDIE, | |
| Defendant. | |

THIS MATTER having come before the Court on the government's unopposed motion to dismiss the pending Indictment pursuant to Federal Rule of Criminal Procedure 48(a) with prejudice, and the court having considered the request set forth in the motion, the Court grants the requested leave and finds the interests of justice would be best served by ordering the following:

IT IS HEREBY ORDERED that the government's motion to dismiss pursuant to Rule 48(a) is GRANTED. The Indictment in this matter is dismissed with prejudice. Any pending motions are denied as moot and all scheduled deadlines and hearings are vacated.

///

///

///

ORDER OF DISMISSAL - 1
*United States v. Wondie* / CR18-315 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     The District Court Clerk is directed to enter this Order and close this case. All
2 pleadings filed under seal shall remain sealed.

4     DATED this 13th day of August 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 2
*United States v. Wondie* / CR18-315 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970