Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIZACHEW WONDIE,<br><br>Defendant. | NO. CR18-315RAJ<br><br>GOVERNMENT'S MOTION TO SEAL RESPONSE TO DEFENDANT'S MOTION TO UNSEAL<br><br>NOTED: September 16, 2021 |

The United States respectfully moves to seal the government's response to the Defendant's Motion to Unseal Dkt. Nos. 314 and 321, including the attached Exhibits. The response and attached exhibits include law enforcement sensitive information about an ongoing criminal investigation. Premature revelation of details concerning the investigation may impede that investigation by encouraging persons to destroy evidence of their criminal activity, alter their patterns and practices, intimidate, harm or threaten to harm witnesses, or flee to avoid detection and arrest.

//

//

//

Government's Motion to Seal Response to Motion to Unseal - 1
*United States v. Gizachew Wondie,* CR18-315RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The government hereby requests that its response and attached exhibits, which will be filed under seal following this motion, be allowed to remain under seal due to the sensitive information contained within.

DATED this 16th day of September 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

/s/ *James D. Oesterle*
JAMES D. OESTERLE
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-2502
E-mail: jim.oesterle@usdoj.gov

Government's Motion to Seal Response to Motion to Unseal - 2
*United States v. Gizachew Wondie,* CR18-315RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970