THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-315RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO FILE OVERLENGTH REPLY REGARDING RESPONSE TO MOTION TO UNSEAL DOCKET 314 AND 321 |
| GIZACHEW WONDIE, | ) | |
| Defendant. | ) | |

THE COURT has considered Defendant's Motion to File Overlength Reply Regarding the Motion to Unseal Docket 314 and 321 in excess of the 6-page limitation imposed by Local Rule 12(b)(5), along with the records and files in this case, and finding good cause,

IT IS ORDERED that the motion (Dkt. # 328) is GRANTED.  Counsel for Mr. Wondie may file an overlength, 9-page Reply Regarding the Motion to Unseal Docket 314 and 321.

DATED this 24th day of September, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

---

ORDER GRANTING MOTION
TO FILE OVERLENGTH REPLY
(*United States v. Wondie*, No. CR18-315-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100