THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GIZACHEW WONDIE, <br><br> Defendant. | No. CR18-315-RAJ <br><br> MOTION TO SEAL PROPOSED COURT ORDERS |

Gizachew Wondie, through counsel, respectfully moves this Court to order that the proposed Court Orders (Dockets 321 and 314), filed with the Parties' Proposed Redactions to Sealed Orders (Exhibits A, B and C) be filed under seal and secured from public access until further order of the Court.

The proposed Orders should be filed under seal because they are, at this point, unsealed.

DATED this 14th day of December, 2021.

Respectfully submitted,

s/ *Mohammad Ali Hamoudi*
s/ *Sara Brin*
Assistant Federal Public Defenders
Attorneys for Gizachew Wondie

MOTION TO SEAL PROPOSED COURT ORDERS
(*United States v. Wondie*, No. CR18-315-RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100