THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GIZACHEW WONDIE, <br><br> Defendant. | No. CR18-315-RAJ <br><br> ORDER GRANTING MOTION TO SEAL JOINT PROPOSED COURT ORDERS <br><br> (PROPOSED) |

The Court has reviewed the Motion to Seal Proposed Court Orders (Dockets 321 and 314), filed with the Parties' Joint Proposed Redactions to Sealed Orders (Exhibits A, B and C), and the records and files in this matter.

The motion is GRANTED and the proposed orders are to be filed under seal.

DATED this _____ day of December, 2021.

_____
RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Presented by,

s/ *Mohammad Ali Hamoudi*
s/ *Sara Brin*
Assistant Federal Public Defenders
Attorneys for Gizachew Wondie

---

ORDER GRANTING MOTION TO SEAL
JOINT PROPOSED COURT ORDERS
(*United States v. Wondie*, No. CR18-315-RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100