JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GIZACHEW WONDIE, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR18-315 RAJ <br><br> THE PARTIES' JOINT PROPOSED REDACTIONS TO THE SEALED ORDERS (DKT. ## 314, 321) |

On December 2, 2021, the Court issued an order grating in part Mr. Wondie's motion to unseal. Dkt. 334. Specifically, the Court stated:

> That said, balancing the interests, the Court finds that some aspects of KCSO's investigation may remain under seal. These aspects have consistently remained confidential, and any disclosure of such information would have either been tangential or inadvertent. In this category are the name and other identifying characteristics of the murder victim and the name of an organization linked to the murder. See, e.g., Dkt. # 314 at 7:11, 7:21. Such information may remain under seal. The Court finds that this balances the need for public access and the need to preserve the integrity of an ongoing murder investigation.

Dkt. 334, p. 3-4. The Court stated, "[c]onsistent with this order, the parties must submit their joint proposed redactions to the Sealed Orders (Dkt. ## 314, 321) within 14 days of this order." *Id*.

The parties agree that the Court's order as to whether probable cause existed to arrest Mr. Wondie should be unsealed almost entirely with the exception of a single redaction. *See* Exhibit A (Filed Under Seal). With respect to the Court's *Franks* order,

THE PARTIES JOINT PROPOSED
REDACTIONS TO THE SEALED ORDERS - 1
(*U.S. v. Gizachew Wondie*; CR18-315RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Dkt. 314, the parties agree that the Court should redact any reference to the victim's name and any reference to Group A. Attached to this proposal is a copy of the *Franks* order that contains these proposed redactions. *See* Exhibit A (Filed Under Seal).

The parties cannot come to an agreement with respect to additional redactions. The government requests that the date of the homicide and the caliber and number of rounds of the ammunition at issue be redacted from the *Franks* order because (1) those redactions are consistent with the Court's inclusion of the victim's name "and other identifying characteristics of the murder victim" as within the "category" of confidential information; (2) these details effectively identify the particular homicide, which both enables the identification of the victim and thwarts the purpose of permitting the redactions that the Court authorized; and (3) these details are wholly irrelevant to the Court's reasoning and no purpose is served by making these public. Attached to this proposal is a copy of the *Franks* order that includes these redactions. *See* Exhibit B (Filed Under Seal). The government's proposed additional redactions are at 3:9, 3:11, 4:11, 4:13, 7:24, 9:27.

The defense does not agree with the government's proposed additional redactions for the same reasons outlined in the defense's motion on this matter. Dkt. 329 (Reply to Motion to Unseal).

DATED this 14th day of December, 2021.

          Respectfully submitted,

          s/ *Mohammad Ali Hamoudi*
          s/ *Sara Brin*
          Assistant Federal Public Defenders
          Attorneys for Gizachew Wondie

          s/ *James D. Oesterle*
          s/ *Erin H. Becker*
          Assistant United States Attorneys

THE PARTIES JOINT PROPOSED
REDACTIONS TO THE SEALED ORDERS - 2
(*U.S. v. Gizachew Wondie*; CR18-315RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100