The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>GIZACHEW WONDIE,<br><br>            Defendant. | No. CR18-315 RAJ<br><br>GOVERNMENT'S PROPOSED REDACTIONS TO GOVERNMENT'S RESPONSE TO UNSEALING REQUEST, DKT. 327 |

On December 2, 2021, this Court issued an order denying the government's motion to seal its response to the defendant's motion to unseal. Dkt. 326, 334. In its order, this Court directed the government to file a redacted version of its response to the defendant's motion. Dkt. 334, at 4.

The attachments to the government's response brief included unredacted versions of the Court's orders that the Court will be now be publicly filing with redactions. Dkt. 327, Ex. A, B. Additionally, the attachments included declarations from Senior Deputy Prosecuting Attorney Scott O'Toole and Detective John Free describing an ongoing homicide investigation and providing details that are not "generic information [that] has been publicly disclosed." Dkt. 327, Ex. C, D; Dkt. 334, at 3. Accordingly, the government understood the Court's order to apply to the government's brief, not the attachments. The government does not propose any redactions to its brief filed at Dkt. 327. It may be unsealed.

Government's Proposed Redactions to Dkt. 327
*United States v. Wondie*, CR18-315 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

If the Court's order encompassed the attachments to its brief—the proposed orders and/or the declarations—the government respectfully requests such clarification and an additional few days to provide proposed redactions to those documents.

Dated this 15th day of December, 2021.

        Respectfully submitted,

        NICHOLAS W. BROWN
        United States Attorney

        */s/ Erin H. Becker*
        Erin H. Becker
        Assistant United States Attorney
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Phone: 206-553-2905
        E-mail: erin.becker@usdoj.gov

Government's Proposed Redactions to Dkt. 327
*United States v. Wondie*, CR18-315 RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970