The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GIZACHEW WONDIE, <br><br> Defendant. | NO. 2:18-cr-00315-RAJ <br><br> ORDER |

THIS MATTER has come before the Court upon Defendant Gizachew Wondie's *ex parte* Motion to Unseal Documents (Dkt. 342). Upon review of Defendant's motion, the Court directed counsel for Defendant to file supplemental briefing setting forth the justification for the Court to consider the Motion to Unseal Documents *ex parte*.

Having read the Motion to Unseal (Dkt. 342) and Supplemental Motion to Unseal (Dkt. 343), the Court finds Defendant has not provided sufficient justification for the motions to be ruled upon *ex parte* without an opportunity for the Government to respond. Accordingly, the Court ORDERS that the *ex parte* designations be removed from the motion and supplemental motion (Dkts. 342, 343). The motions and all attachments shall remain under seal. The clerk shall provide both filings to counsel for the Government.

///

///

ORDER - 1

1    The Court further ORDERS that Defendant's motions shall be noted for
2    February 24, 2023. The Government's response, if any, is due February 21, 2023.
3    Defendant's optional reply is due February 24, 2023.

5    DATED this 14th day of February, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2