The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

GIZACHEW WONDIE,

                    Defendant.

No. 2:18-cr-00315-RAJ

ORDER EXTENDING TIME

THE COURT having received and reviewed the Government's Emergency Motion to Extend Time to Respond to Gizachew Wondie's Motion and Supplemental Motion to Unseal Documents, and based on all the records and files in this matter, and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Extend Time to Respond to Gizachew Wondie's Motions to Unseal Documents (Dkt. 346) is GRANTED.

The Government's response to Wondie's Motion and Supplemental Motion is due March 7, 2023.  Defendant's reply is due March 10, 2023, and the Motions are re-noted for March 10, 2023.

DATED this 17th day of February, 2023.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER EXTENDING TIME - 1
*United States v. Wondie,* 2:18-cr-00315-RAJ