The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

GIZACHEW WONDIE

Defendant.

NO. 2:18-cr-00315-RAJ

ORDER GRANTING
MOTION TO SEAL DOCUMENT

Having considered the Government's Motion to Seal, and because of the sensitive information contained in the materials to which it relates,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. 348) is GRANTED. The Government's Response to Defendant Gizachew Wondie's Motion to Unseal shall remain sealed.

DATED this 17th day of March, 2023.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Wondie*/ 2:18-cr-00315-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970